# EXHIBIT F

Exhibit F

| Claims of U.S. Patent No. 10,279,988 | Q&C Cleaning Pod/Cup for Keurig Machines |
|---|---|
| Independent Claim 1 of the '988 Patent | |
| A pod for a brewing machine comprising a plastic cup shaped housing having | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the Quick & Clean cleaning pod/cup ("Q&C Keurig Pod") is a pod for a brewing machine that has a plastic cup shaped housing |
| a generally flat bottom, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the housing of the Q&C Keurig Pod has a generally flat bottom. |
| an about cylindrically shaped side wall having an inside surface and an outside surface, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the housing of the Q&C Keurig Pod has an about cylindrically shaped side wall that has an inside surface and an outside surface. |
| said side wall connected to the bottom and extending upward away from the bottom, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the side wall of the Q&C Keurig Pod is connected to the bottom and extends upward away from the bottom. |
| said bottom and said side wall forming an internal compartment with an interior surface on said bottom, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the bottom and the side wall form an internal compartment with an interior surface on the bottom. |
| said top of said side wall forming a circular rim and having a flat lip; | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, a top of the side wall forms a circular rim and has a flat lip. |
| said side wall comprising a plurality of apertures through the side wall, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the side wall has a plurality of apertures through the side wall. |
| said apertures positioned circumferentially around said side wall, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the apertures are positioned circumferentially around the side wall. |
| said apertures spaced equally apart circumferentially, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the apertures are circumferentially spaced and are equally spaced apart. |
| said apertures all at the same height up from said bottom, | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the apertures are all at the same height up from the bottom. |
| said apertures located in the top half of said wall; | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, the apertures are located in the top half of the side wall. |
| a flow restrictor comprising a porous or non-porous material on said bottom inside said internal compartment; and | Yes. As shown by physical specimens, the housing of the Q&C Keurig Pod contains a flow restrictor of a porous (or non-porous material) on said bottom inside the internal compartment. Additionally, and/or |

Exhibit F

| | |
|---|---|
| | alternatively, the flow restrictor, which the specification advises at Col. 12, lines 30-34 can constitute an internal filter positioned lower than the apertures inside the pod to function as both the filter and a flow restrictor, in use is on the bottom inside the internal compartment of the housing. The material holding the cleaning powder in the Q&C Keurig Pod is literally, additionally and/or alternatively under the doctrine of equivalents, a flow restrictor on the bottom inside the internal compartment. The material holding the cleaning powder below the apertures in the internal compartment of the cup shaped housing performs substantially the same function, in substantially the same way to achieve substantially the same result as the flow restrictor described in the 988 Patent. |
| a foil cover sealed on the top of said side wall forming a watertight seal on the top of said pod. | Yes. As shown by the materials at Exhibits B-E, as well as physical specimens, a foil cover sealed on the top of the side wall forms a watertight seal on the top of the pod. |